NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

GUARDIAN FUND, LLC ,
Debtor(s)

BK–23–50177–hlb
CHAPTER 11

Adversary Proceeding: 25–05015–hlb

GUARDIAN FUND, LLC, et al,
Plaintiff(s)

vs

LAURENCE J. PINO
PINO LAW GROUP PLLC, et al,
Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: October 8, 2025
Hearing Time: 10:30AM

I, Hannah Bass (name), certify that I am at least 18 years old and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on July 8, 2025 (date)

by:

☒ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
PINO LAW GROUP PLLC C/O REGISTERED AGENT LAURENCE J. PINO, P.A.
99 S. NEW YORK AVE.
WINTER PARK, FL 32789

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of ________________ (name of state), as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 9, 2025 Signature: Hannah Bass

Print Name: Hannah Bass

Business Address: 850 E. Patriot Blvd, Suite F

City: Reno State: Nevada Zip: 89511