NVB 7026 (Rev. 6/16)

HARRIS LAW PRACTICE LLC
Norma Guariglia, Esq. (NSBN 1463)
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Email: norma@harrislawreno.com/ Telephone: (775) 786-7600
Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re  GUARDIAN FUND, LLC | ) ) ) ) ) | **BK:** 23-50177-hlb<br>**Chapter:** 11<br>**Adv. No.:** 25-05015-hlb |
| Debtor(s). | ) ) | **STANDARD DISCOVERY PLAN**<br>**OR**<br>**REQUEST FOR WAIVER OF**<br>**FILING DISCOVERY PLAN** |
| GUARDIAN FUND, LLC, a Nevada limited liability company, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs.  LAURENCE J. PINO, an individual, et al. | ) ) ) | |
| Defendant(s) | ) | |

**1.    Discovery Plan**

_____    **Request for waiver of requirement to prepare and file a formal discovery plan.**

The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

_____    **A discovery plan is needed or useful in this case.**  Check one:

    ✓    The parties agree to the standard discovery plan.  The first defendant answered or otherwise appeared on  <u>August 14, 2025</u> .  Discovery shall be completed within <u>240</u> days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by <u>April 13, 2026</u> .

1

✓ The parties jointly propose to the court the attached discovery plan and scheduling order.  (Use Official Form 35 to the Federal Rules of Civil Procedure.)

____ The parties cannot agree on a discovery plan and scheduling order.   The attached sets forth the parties' disagreements and reasons for each party's position.  (Use Official Form 35 of the Federal Rules of Civil Procedure.)

**Complete parts 2 - 6.**

**2.** **Nature of the Case.**  Brief description of the nature of the case, i.e., dischargeability, denial of discharge, turnover, contract, etc.  Professional negligence; breach of fiduciary duty; aiding and abetting breach of fiduciary duty; fraudulent transfers; preference payments.

**3.** **Jury Trials:**  Check one:

✓ A demand for a jury trial has not been made

____ A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015,  but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

____ It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a jury trial pursuant to 28 U.S.C. § 157(e).

An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before _____.

An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before _____.

**4.** **Additional Pleadings.**  Are there any counterclaims, cross claims or amendments to the pleadings expected to be filed?

✓ Yes

_____ No

5.      **Settlement Conference**

_____✓_____ A settlement conference is requested.

If checked, a settlement conference is requested no earlier than  May 15, 2026          .

_____Settlement  cannot  be evaluated prior to additional discovery.   The parties may later request a settlement conference.

**6.      Trial**

The case should be ready for trial by  September 15, 2026          and should take  5          day(s).

**7.**      All parties ☐ consent/ ☑ do not consent to this court entering final judgment.

Dated:  10/27/2025                              Dated:  10/28/2025                    

 /s/ Norma Guariglia                            /s/ Alicia R. Ashcraft                
Signature of Counsel for Plaintiff(s)          Signature of Counsel for Defendant(s)

Type Name, Address and                         Type Name, Address and Telephone
Telephone Number of Counsel                    Number of Counsel

Harris Law Practice LLC                        Ashcraft & Barr LLP
Norma Guariglia, Esq.                          Alicia R. Aschraft, Esq.
850 E. Patriot Blvd., Suite F                  Jeffrey F. Barr, Esq.
Reno, NV 89511                                 170 S. Green Valley Pkwy, 3rd Floor
Telephone: (775) 786-7600                      Henderson, NV 89012
                                               Telephone: (702) 631-4755

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. (NSBN 1463)
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. (NSBN 16244)
Email: norma@harrislawreno.com
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600

JIMERSON BIRR
JACOB GUARIGLIA, ESQ.
Florida Bar No. 1058048 (Admitted Pro Hac Vice)
Email: jguariglia@jimersonfirm.com
701 Riverside Park Place
Jacksonville, FL 32204
Telephone: (904) 389-0050

*Attorneys for Guardian Fund, LLC, Plaintiff*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No.: BK-23-50177-hlb |
| | Case No.: BK-23-50233-hlb |
| GUARDIAN FUND, LLC, | **Consolidated Under Case No. BK-23-50177-hlb** |
| | (Chapter 11) |
| ☒   AFFECTS THIS DEBTOR | |
| | Jointly Administered with: |
| ☐   AFFECTS GUARDIAN CV1, LLC | |

| 23-50951-hlb | Guardian CV1, LLC |
|---|---|
| 23-50952-hlb | Guardian CV2, LLC |

☐  AFFECTS GUARDIAN CV2, LLC

☐  AFFECTS ALL DEBTORS

Debtors.

Adv No.: 25-05015-hlb

_____/

GUARDIAN FUND, LLC, a Nevada limited liability company,

**JOINT DISCOVERY PLAN**

Plaintiff,

v.

Adv. Sched. Hrg. Date:   October 29, 2025
Adv. Sched. Hrg. Time:  10:30 a.m.

LAURENCE J. PINO, an individual, AND PINO LAW GROUP PLLC fka PINONICHOLSON, PLLC aka PINO NICHOLSON, PLLC, a Florida limited liability company,

Defendants.

_____/

1

1.    **Rule 26 Conference**.  Pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure, a conference was held on **October 15, 2025,** and attended by Norma Guariglia, Esq. and Jacob Guariglia, Esq. on behalf of PLAINTIFF and Jeffrey F. Barr, Esq. and Tucker H. Byrd, Esq. on behalf of DEFENDANTS.

2.    **Nature of the Case**.  Brief description of the nature of the case, [i.e., determination of dischargeability, denial of discharge, turnover, breach of contract, etc.]: Professional negligence; breach of fiduciary duty; aiding and abetting breach of fiduciary duty; fraudulent transfers; preference payments.

3.    **Jury Trials**.  Check one:

____X_____ A demand for a jury trial has not been made.

_____ A demand for a jury trial has been made pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, and in conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

_____ It is expressly understood by the parties, through their undersigned counsel, that they have demanded a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, and in conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before _____.

An original and two (2) copies of all questions from the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before

_____.

4.    **Additional Pleadings.**  Are there any counterclaims, cross claims or amendments to the pleadings expected to be filed?

2

_____X_____ Yes.

_____ No.

5.    **Deadline to Amend Pleadings and Add Parties**.

The parties agree that they are allowed to join additional parties and to amend the pleadings until **December 15, 2025**.

6.    **Settlement Conference**.

_____X_____ A settlement conference is requested.

_____ Settlement cannot be evaluated prior to discovery.  The parties may later request a settlement conference.

7.    **Trial**.  The case should be ready for trial by **September 15, 2026**, and should take five (5) day(s).

8.    **Bankruptcy Court's Entry of Final Judgment**.  The parties

_____ **Consent** to this Court entering final judgment.

____X_____ **Do Not** consent to this Court entering final judgment.

9.    **Pre-Trial Disclosures**. The parties will exchange the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by **November 17, 2025**.

10.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects: claims raised in the complaint.

    b.  All discovery commenced in time to be completed by **April 13, 2026**.

    c.  Maximum of **30 interrogatories** by each party to any other party. [Responses due 30 days after service.]

    d.  Maximum of **30 requests for admission** by each party to any other party. [Responses due 30 days after service.]

3

e. Maximum of **8 depositions** to be taken by the parties.

f. Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

g. Reports from retained experts under Rule 26(a)(2) due:

    i. By **February 13, 2026**.

    ii. Rebuttal Expert Disclosures by **March 13, 2026**.

h. Supplementations under Rule 26(e) due by **March 13, 2026**.

11. **Other Items.**

a. The court will conduct an adversary scheduling conference on **October 29, 2025, at 10:30 a.m.** before entry of the scheduling order.

b. The parties request a pretrial conference [**two weeks before the trial date**].

c. All potentially dispositive motions should be filed by **June 15, 2026.**

d. Lists of witnesses and exhibits under Rule 26(a)(3) of the Federal Rules of Civil Procedure are due pursuant to LR 9017(d).

e. Objections to witnesses and exhibits must be submitted to the court pursuant to LR 9017(d).

AGREED TO BY:

HARRIS LAW PRACTICE LLC                     Date: October 28, 2025.
850 E. Patriot Blvd, Suite F
Reno, NV 89511

*/s/ Norma Guariglia*
Norma Guariglia, Esq.

JIMERSON BIRR
701 Riverside Park Place
Jacksonville, FL 32204

*/s/ Jacob Guariglia*
Jacob Guariglia, Esq.

*Counsel for Plaintiff*

4

ASHCRAFT & BARR, LLP                                   Date: October 28, 2025.
170 S. Green Valley Pkwy, 3rd Floor
Henderson, NV 89012
Telephone: (702) 631-4755

/s/ Alicia R. Ashcraft
Alicia R. Ashcraft, Esq. (NV Bar No. 6890)

BYRD CAMPBELL, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL 32789
Telephone: (407) 392-2285


/s/ Tucker H. Byrd
Tucker H. Byrd, Esq. (FL Bar No. 381632)

*Counsel for Defendants*

5