Lee I. Iglody, Esq.
Nevada Bar #:  7757
2580 St Rose Pkwy., Suite 330
Henderson, Nevada 89074
Tel: (702) 425-5366
Email: Lee@Iglody.com
*Attorney for Defendants Lawrence Pino*
*and Pino Law Group PLLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

GUARDIAN FUND, LLC,

         Debtor,

_____

GUARDIAN FUND, LLC, a Nevada
limited liability company

         Plaintiff,

v.

LAURENCE J. PINO, an individual,

and,

PINO LAW GROUP PLLC, fka
PINONICHOLSON, PLCCS, aka PINO
NICHOLSON, PLLC, a Florida limited
Liability company,

         Defendants.

BK-23-50177-hlb

CHAPTER 11

**Adversary Proceeding No.:
25-05015-hlb**

**NOTICE OF APPEARANCE AND
REQUEST FOR STATUS
CONFERENCE**

    PLEASE TAKE NOTICE that Lee Iglody, Esq. of Iglody Law hereby appears as counsel of record for Defendants Lawrence J. Pino and Pino Law Group PLLC ("Client") in the above-captioned adversary proceeding.

PAGE 1 OF 3

This Notice of Appearance is filed concurrently with a Stipulation and Order for Substitution of Counsel, which replaces prior counsel as attorney of record for Client.

Pursuant to Fed. R. Bankr. P. 9010 and LR 2014 of the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada, undersigned counsel respectfully requests that all notices, pleadings, orders, and other documents filed or issued in this adversary proceeding be served upon counsel at the address listed above.

## I. REQUEST FOR STATUS CONFERENCE

Undersigned counsel respectfully requests that the Court schedule a status conference at its earliest convenience for the purpose of addressing the current posture of discovery and establishing a workable schedule for the completion of this adversary proceeding. Good cause exists for this request as follows:

1. Undersigned counsel has recently been retained by Client and is in the process of familiarizing himself with the record in this matter.

2. Undersigned counsel's review of the docket reflects that the current discovery cutoff is quickly approaching (April 13, 2026). It appears that Client's written discovery requests were never served upon Plaintiff, and that Client has outstanding discovery responses due to Plaintiff.

3. In light of the foregoing, undersigned counsel submits that the current discovery schedule does not afford either party a meaningful opportunity to complete discovery. A brief status conference would allow the parties and the Court to address the status of discovery, identify any outstanding obligations, and establish an amended scheduling order that permits the orderly development of the record.

4. Undersigned counsel is concurrently reaching out to opposing counsel to schedule a meet-and-confer call for next week and anticipates that the parties may be able to present a joint proposed amended discovery schedule to the Court at or prior to the status conference.

Undersigned counsel is committed to moving this matter forward promptly and efficiently and does not seek a status conference for purposes of delay. Undersigned counsel respectfully

submits that the relief requested serves the interests of judicial economy and the fair administration of this adversary proceeding.

## II. CONCLUSION

For the foregoing reasons, undersigned counsel respectfully requests that the Court: (1) take notice of this appearance and direct service of all future filings upon the undersigned; and (2) schedule a status conference at a time convenient to the Court to address the discovery schedule and any related scheduling matters.

Dated: March 9, 2026                          Respectfully submitted,

                                              /s/ Lee Iglody
                                              Lee Iglody
                                              Nev. Bar No. 7757
                                              Iglody Law
                                              2580 St Rose Parkway, Suite 330
                                              Henderson, Nevada 89074
                                              Telephone: 702-425-5366
                                              lee@iglody.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                              /s/ Lee Iglody
                                              An employee of Iglody Law PLLC